LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| ISAAC YBARRA, | ) | No.  CV 12 - 10155 PJW |
| | ) | |
|    Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING |
| | ) | EAJA FEES |
|    v. | ) | |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner Of Social Security, | ) | |
| | ) | |
|    Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND EIGHT HUNDRED SEVENTY SEVEN DOLLARS AND 84/100 ($1,877.84) subject to the terms of the stipulation.

    DATE:  May 12, 2014_   /S/ Patrick J. Walsh_____

                HON. PATRICK J. WALSH
                UNITED STATES MAGISTRATE JUDGE